# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Terry Smith

                Plaintiff,

v.                                             Case No.: 1:18−cv−01513

                                                          Honorable Andrea R. Wood

Jennifer Rosato Perea, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 14, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Oral Argument hearing held. Oral argument was heard. Defendants' motion for preliminary injunction [12] is taken under advisement as fully briefed. Oral Ruling hearing set for 10/12/2018 at 10:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.